IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DERRICK S. GALVIN  PLAINTIFF
ADC #163461

VS.  4:19-CV-00726-BRW

BOB McMAHAN, *et al*.  DEFENDANTS

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of October, 2019.

        Billy Roy Wilson_____
        UNITED STATES DISTRICT JUDGE